Dear Clerk of the Court

I would like to Appeal my civil case the Case No. 17-CV-696-Sdp. So this letter is a notice of Appeal of the 28 U.S.C. 2241. The motion is based on a Violation of the Constitutional rights. the V Fifth Amendment Double Jeopardy and Constructive amendment of indictment.

John Turnage

DOC NO
REC'D/FILED
2017 OCT 23 PM 12:40
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

John Turnage 08692-059
Federal Correctional Institution
Oxford Wisconsin
P.O. Box 1000



⇔08692-059⇔
Robert Kastenmeier
Clerk of The Court
120 W Henry Street
United States Court House
Madison, WI 53703
United States

Legal mail
53703-430499

Date **OCT 19 2017**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has justification, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to:

FEDERAL CORRECTIONAL INSTITUTION
OXFORD, WISCONSIN 53952